**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>James Glenn McDonald,<br><br>　　　　Defendant,<br>and<br><br>Sunrise Engineering, Inc.,<br><br>　　　　Garnishee-Defendant. | **CR 00-0719-PHX-SMM**<br><br>**ORDER QUASHING WRIT<br>OF CONTINUING GARNISHMENT** |

Upon consideration of the Motion to Quash Writ of Continuing Garnishment filed by the Plaintiff in the above cause (Doc. #45),

**IT IS HEREBY ORDERED** that the Writ of Continuing Garnishment issued on or about May 19, 2006, is hereby quashed.

DATED this 6th day of December, 2007.

_____
Stephen M. McNamee
United States District Judge